# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:25-cv-02990 (ER)(BCM)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and supporting declarations, Plaintiffs the State of New York, the State of Arizona, the State of California, the State of Delaware, the District of Columbia, the State of Hawaiʻi, the State of Illinois, the State of Maine, the State of Maryland, the Commonwealth of Massachusetts, the People of the State of Michigan, the State of Minnesota, the State of Nevada, the State of New Jersey, the State of New Mexico, the State of Oregon, and Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, on a date set by the Court, for an order pursuant to Federal Rule of Civil Procedure 65(a) granting their motion for a preliminary injunction against Defendants United States Department of Education and Linda McMahon, sued in her official capacity as Secretary of the United States Department of Education, and such other and further relief as the Court deems necessary and appropriate.

Dated: New York, New York
      April 11, 2025

                                        **LETITIA JAMES**
                                        ATTORNEY GENERAL OF NEW YORK

                                        By: <u>*/s Andrew Amer*</u>
                                        Andrew Amer
                                            *Special Counsel*
                                        Molly Thomas-Jensen
                                            *Special Counsel*
                                        Rabia Muqaddam
                                          *Special Counsel for Federal Initiatives*
                                        Stephen C. Thompson
                                          *Assistant Attorney General*
                                        28 Liberty Street
                                        New York, NY 10005
                                        (212) 416-6127
                                        andrew.amer@ag.ny.gov

                                        *Counsel for the State of New York*

cc: All Counsel of Record (via ECF)