# Exhibit A

**Table of Supporting Declarations**

| State | Declaration | Cited As |
|---|---|---|
| Arizona | Declaration of Dean Slaga dated April 8, 2025 | Slaga-AZ |
| California | Declaration of Tami Pierson dated April 9, 2025 | Pierson-CA |
| | Declaration of Leisa Maestretti dated April 9, 2025 | Maestretti-CA |
| Delaware | Declaration of Cynthia Marten dated April 9, 2025 | Marten-DE |
| District of Columbia | Declaration of Nikki Stewart dated April 9, 2025 | Stewart-DC |
| Hawaii | Declaration of Toby Portner dated April 8, 2025 | Portner-HI |
| Illinois | Declaration of Matthew Seaton dated April 9, 2025 | Seaton-IL |
| Maine | Declaration of Shelly Chasse Johndro dated April 11, 2025 | Chasse Johndro-ME |
| Maryland | Declaration of Alison Perkins-Cohen dated April 7, 2025 | Perkins-Cohen-MD |
| | Declaration of Carey M. Wright dated April 8, 2025 | Wright-MD |
| Massachusetts | Declaration of William Bell dated April 8, 2025 | Bell-MA |
| Michigan | Declaration of Michael F. Rice dated April 8, 2025 | Rice-MI |
| New Jersey | Declaration of Kathleen Ehling dated April 8, 2025 | Ehling-NJ |
| New Mexico | Declaration of Mariana D. Padilla dated April 9, 2025 | Padilla-NM |
| New York | Declaration of Christina Coughlin dated April 11, 2025 | Coughlin-NY |
| Oregon | Declaration of Tenneal Wetherell dated April 10, 2025 | Wetherell-OR |
| Pennsylvania | Declaration of Carrie Rowe dated April 11, 2025 | Rowe-PA |