# EXHIBIT A

December 5, 2024

CRRSA and ARP Liquidation Extensions Communication

Greetings, grantees –

With the regulatory liquidation period for the American Rescue Plan Act (ARP) program grants coming to an end on January 28, 2025, the United States Department of Education (Department) is providing the following reminders of program flexibilities for grants under the Elementary and Secondary School Emergency Relief (ESSER), Emergency Assistance to Non-Public Schools (EANS), and Homeless Children and Youth (HCY) programs. The Department encourages grantees to submit ARP liquidation extensions or Tydings waiver requests for consolidated State administrative funds by December 31, 2024.

Remaining ARP funds may not be drawn down unless there is an immediate cash need, and doing so cannot circumvent the liquidation extension process. Drawing down funds without an immediate cash need will require a return of funds to the Department, including any interest earned. If a grantee or subrecipient is not able to complete ARP liquidations by the end of the liquidation period, grantees are invited to utilize the program flexibilities and request an extension.

Grantees intending to submit an ARP ESSER, ARP EANS, or ARP-HCY liquidation extension request must submit a complete ARP liquidation extension template and signed attestation. The templates for the [ARP HCY program](#) and the [ARP ESSER and EANS programs](#) are available on the Department's website. A cover letter describing how the request contributes to the acceleration of academic success for students, including those furthest from opportunity and with the greatest need, must also accompany ARP ESSER and ARP EANS liquidation extension requests. The Department strongly encourages the submission of all ARP liquidation extension requests by December 31, 2024, to ensure uninterrupted access to funds in the G6 system.

Grantees with approved requests for a Tydings waiver of the period of availability of a State educational agency's (SEA's) consolidated administrative funds may continue to obligate State-level administrative funds through March 31, 2026. For additional information about the waiver request process, refer to the Department's [April 29 technical assistance webinar](#) and [November 13 communication](#).

Grantees with approved liquidation extensions for Coronavirus Response and Relief Supplemental Appropriations Act (CRRSA) programs are also reminded to complete all liquidations by the date communicated in the State's approval letter, and not later than March 31, 2025. Grantees intending to submit an amendment to the State's approved CRRSA grant liquidation extension should submit no later than December 31, 2024, and must provide an updated CRRSA grant liquidation extension template and signed attestation.

All CRRSA liquidation extension amendments, ARP liquidation extension requests, consolidated administrative funds Tydings waiver requests, or associated questions should be submitted to the State's mailbox ([Statename].OESE@ed.gov).

In partnership,
Office of State and Grantee Relations