# EXHIBIT B



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

January 7, 2025

The Honorable Carey M. Wright
State Superintendent of Schools
Maryland State Department of Education
200 West Baltimore Street
Baltimore, MD 21201

Dear Superintendent Wright:

I write in response to the Maryland State Department of Education's (MSDE's) request for additional time to liquidate obligations for the American Rescue Plan Homeless Children and Youth (ARP-HCY) program, grant award S425W210021. Specifically, Maryland's December 18, 2024, liquidation extension concerns $1,814,520.13 of ARP-HCY funds after the period of liquidation under 2 C.F.R. § 200.344(b) expires. After careful review, I have determined that Maryland's request provides sufficient justification and documentation for an extension to the period of liquidation for ARP-HCY funds.

I am approving continued access to this grant through March 28, 2026. This approval is given with the condition that the funds drawn down in the G5 system from Grant Award S425W210021 be used only to liquidate obligations incurred on or prior to September 30, 2024, and support costs that were allowable under laws and regulations in effect during the program period. Any drawdowns during this extension period require approval from the U.S. Department of Education's (Department's) program office. Maryland must email the Department at HomelessEd@ed.gov, detailing the amounts of State-level and subrecipient-level funds approved for late liquidation that will be drawn down by the State.

Thank you for your work to implement the ARP-HCY program, including this request to help ensure that all possible resources are available to meet the education-related support needs of children and youth experiencing homelessness in Maryland. If you have any questions about this approval, please contact the Department at HomelessEd@ed.gov.

Sincerely,

Adam Schott

Adam Schott
Principal Deputy Assistant Secretary
Delegated the Authority to Perform the
Functions and Duties of the Assistant Secretary
Office of Elementary and Secondary Education

cc:    Patricia Julianelle, McKinney Vento State Coordinator, MSDE

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*