# EXHIBIT D



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

January 22, 2025

Carey M. Wright, Ed.D.
State Superintendent of Schools
Maryland State Department of Education
200 West Baltimore Street
Baltimore, MD 21201-2595

Dear Superintendent Wright:

I write in response to Maryland's request for additional time to liquidate obligations for the American Rescue Plan Act's Emergency Assistance to Non-Public Schools (ARP EANS) program, Grant Award S425V210006. Specifically, Maryland's December 11, 2024, liquidation extension request specifies the need for additional time to liquidate $312,277.00 of ARP EANS funds after the period of liquidation under 2 CFR § 200.344(b) expires. After careful review, I have determined that Maryland's request provides sufficient justification and documentation for an extension to the period of liquidation for ARP EANS funds and approve the extension through March 28, 2026.

This request is approved with the condition that the funds drawn down in the G6 system from Grant Award S425V210006 be used only to liquidate obligations incurred by September 30, 2024, and support costs that were allowable under laws and regulations in effect during the program period. Any drawdowns during this extension period require approval from the U.S. Department of Education's (Department's) program office. Maryland must email the Department's Office of State and Grantee Relations through the State's mailbox (Maryland.OESE@ed.gov), detailing the amount of funds approved for late liquidation that the State requests to draw down.

Please note that the continued approval of this liquidation extension is contingent upon Maryland completing the corrective actions related to its EANS monitoring findings. Specifically, Maryland must finalize any updates to Maryland's cash management policies by March 31, 2025. Failure to meet this deadline may result in the revocation of Maryland's ARP EANS liquidation extension request.

Thank you for your work to implement the ARP EANS program, including this request to help ensure that all possible resources are available to meet the academic and mental health needs of Maryland's students and educators. If you have any questions about this approval, please contact the Department at Maryland.OESE@ed.gov.

Sincerely,

Britt Jung
Acting Director
Office of State and Grantee Relations
Office of Elementary and Secondary Education

Cc:   Donna Gunning, Assistant State Superintendent, Office of Finance, Maryland State Department of Education

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*