# EXHIBIT E



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

March 17, 2025

Dr. Carey M. Wright
State Superintendent of Schools
Maryland State Department of Education
200 West Baltimore Street
Baltimore, MD 21201-2595

Dear Superintendent Wright:

I write in response to Maryland's request for additional time to liquidate obligations for the Coronavirus Response and Relief Supplemental Appropriations Act's Elementary and Secondary School Emergency Relief Fund (CRRSA ESSER) program, Grant Award S425D210005. Specifically, Maryland's January 26, 2025, liquidation extension request specifies the need for additional time to liquidate $79,919,204.78 of CRRSA ESSER funds after the period of liquidation under 2 CFR § 200.344(b) expired. After careful review, I have determined that Maryland's request provides sufficient justification and documentation for an extension to the period of liquidation for CRRSA ESSER funds and approve the extension through March 31, 2025.

This request is approved with the condition that the funds requested for reimbursement for Grant Award S425D210005 be used only to liquidate obligations for programmatic expenses incurred by September 30, 2023, and support costs that were allowable under laws and regulations in effect during the program period. Any reimbursement requests during this extension period require approval from the U.S. Department of Education's (Department's) program office. Maryland must email the State's mailbox (Maryland.OESE@ed.gov), detailing the amount of funds approved for late liquidation for which the State requests reimbursement and provide documentation indicating payment has been made for allowable expenditures prior to requesting reimbursement.

Thank you for your work to implement the CRRSA ESSER program, including this request to help ensure that all possible resources are available to meet the academic and mental health needs of Maryland's students and educators. If you have any questions about this approval, please contact the Department at Maryland.OESE@ed.gov.

Sincerely,

Hayley B. Sanon

Hayley B. Sanon
Principal Deputy Assistant Secretary and Acting Assistant Secretary
Office of Elementary and Secondary Education
U.S. Department of Education

400 MARYLAND AVE. SW, WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

c: Donna Gunning Assistant State Superintendent, Office of Finance, Maryland State Department of Education