# EXHIBIT B



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF ELEMENTARY AND SECONDARY EDUCATION

January 7, 2025

The Honorable Betty Rosa
Commissioner
New York State Education Department
89 Washington Avenue
Albany, NY 12234

Dear Commissioner Rosa:

I write in response to New York State Education Department's (NYSED's) request for additional time to liquidate obligations for the American Rescue Plan Homeless Children and Youth (ARP-HCY) program, grant award S425W210033. Specifically, New York's December 2, 2024, liquidation extension request specifies the need for additional time to liquidate $1,741,854.00 of ARP-HCY funds after the period of liquidation under 2 C.F.R. § 200.344(b) expired. After careful review, I have determined that New York's request provides sufficient justification and documentation for an extension to the period of liquidation for ARP-HCY funds.

I am approving continued access to this grant through March 28, 2026. This approval is given with the condition that the funds drawn down in the G5 system from grant award S425W210033 be used only to liquidate obligations incurred by September 30, 2024, and support costs that were allowable under laws and regulations in effect during the program period. Any drawdowns during this extension period require approval from the U.S. Department of Education's (Department's) program office. New York must email the Department's Office of Homeless Education through the program mailbox at HomelessEd@ed.gov, detailing the amount of State-level and subrecipient-level funds approved for late liquidation that the State requests to draw down.

Thank you for your work to implement the ARP-HCY program, including this request to help ensure that all possible resources are available to meet the education-related support needs of children and youth experiencing homelessness in New York. If you have any questions about this approval, please contact the Department at HomelessEd@ed.gov.

Sincerely,

Adam Schott

Adam Schott
Principal Deputy Assistant Secretary
Delegated the Authority to Perform the
Functions and Duties of the Assistant Secretary
Office of Elementary and Secondary Education

cc:    Jane Fronheiser, State Coordinator for Homeless Education, NYSED

400 MARYLAND AVE. SW, WASHINGTON, DC 20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*