# EXHIBIT E

**From:** Honeysett, Adam <Adam.Honeysett@ed.gov>
**Sent:** Friday, March 28, 2025 5:03:21 PM
**Subject:** Letter from Secretary McMahon

Dear Chief State School Officers,

Attached, please find a letter from Secretary McMahon.

Best,
Office of Communications and Outreach

---

**Confidentiality Notice**

This email including all attachments is confidential and intended solely for the use of the individual or entity to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

