

**Office of the New York State Attorney General**

**Letitia James Attorney General**

April 14, 2025

**MEMO ENDORSED**

By ECF

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  4/15/2025
> New York, New York

Re:   *State of New York, et al. v. U.S. Dep't of Education, et al.*, Case No. 25-cv-2990 (ER) (BCM)

Dear Judge Ramos:

    This Office represents the State of New York in the above-referenced action. On behalf of the Plaintiffs, we respectfully submit this letter motion to request that the Court enter the following schedule with respect to Plaintiffs' Motion for a Preliminary Injunction filed Friday (ECF No. 10): (i) Defendants' opposition papers to be filed by April 24; (ii) Plaintiffs' reply papers to be filed by April 29; and (iii) oral argument on the motion to be held as soon thereafter as the Court's schedule permits. Plaintiffs have separately filed a proposed Order to Show Cause as directed by the Court.

    Counsel for Defendants consents to this proposed schedule.

    Plaintiffs appreciate the Court's consideration of this request for an expedited schedule in connection with this matter.

    Respectfully,

    /s/ Andrew Amer
    Andrew Amer
    Special Counsel
    Andrew.amer@ag.ny.gov
    (212) 416-6127

cc:   Counsel of Record (via ECF)