**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| STATE OF NEW YORK, *et al*., |
| Plaintiffs, |
| v. |
| U.S. DEPARTMENT OF EDUCATION, *et al*., |
| Defendants. |

Case No. 1:25-cv-02990 (ER)(BCM)

**[~~PROPOSED~~] PRELIMINARY INJUNCTON ORDER**

The Court, upon reviewing the parties' filings, including (i) Plaintiffs' Complaint, Doc. 1, (ii) Plaintiffs' Memorandum of Law in Support of Motion for a Preliminary Injunction, dated April 11, 2025, Doc. 11; (iii) declarations in support of Plaintiffs' Motion for a Preliminary Injunction, Docs. 12–28; (iv) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Doc. 63; and (v) Plaintiffs' Reply Memorandum of Law in Support of Motion for a Preliminary Injunction, Doc. 67, and all other papers and orders herein; and having heard all counsel, it is hereby ordered as follows:

ORDERED that, sufficient reason having been shown therefor:

1.     The Defendants are preliminary enjoined from enforcing or implementing as against Plaintiffs during the pendency of this litigation or until further order of the Court the directives in the March 28, 2025 letter from Education Secretary Linda McMahon to State Education Chiefs, Doc. 1-1 ("Letter"), which (a) rescinded the prior approvals granted by the U.S. Department of Education ("ED") extending the periods of time for Plaintiffs to liquidate their

1

obligations under the Education Stabilization Fund, as that term is defined in the Letter ("ESF"), and  (b) modified Plaintiffs' periods to liquidate their obligations under the ESF to expire as of 5:00pm ET on March 28, 2025.

2.      The Defendants are preliminarily enjoined from modifying ED's previously-approved periods for Plaintiffs to liquidate their obligations under the ESF without providing notice to Plaintiffs at least fourteen (14) days prior to the effective date of such modification.

3.      The Defendants must provide written notice of this Order to all personnel within ED. The written notice shall instruct all personnel that they must comply with the provisions of this Order. Defendants must file a status report within three (3) days of this Order evidencing that all personnel within ED have received this notice.

Dated: May 6, 2025
        New York, New York                              Edgardo Ramos, U.S.D.J.