

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

May 6, 2025

<u>By ECF</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**  *State of New York, et al. v. U.S. Dep't of Education, et al.*, **Case
> No. 25-cv-2990 (ER) (BCM)**

Dear Judge Ramos:

This Office represents the State of New York in the above-referenced action. On behalf of the Plaintiffs, please find attached a copy of the letter that Plaintiffs' counsel read from during oral argument today on Plaintiffs' motion for a preliminary injunction. The letter is dated May 2, 2025, from Haley B. Sanon, Principal Deputy Assistant Secretary and Acting Assistant Secretary for the Office of Elementary and Secondary Education, to Tom Horne, Arizona Department of Education Superintendent of Public Instruction.

Respectfully,

/s/ Stephen Thompson
Stephen C. Thompson
Special Counsel
Stephen.Thompson@ag.ny.gov
(212) 416-6183