

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 9, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *State of New York et al. v. U.S. Department of Education et al.*,
                No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

      This Office represents defendants in the above-referenced matter. We write in accordance with paragraph 3 of the Preliminary Injunction Order entered by the Court on May 6, 2025 (ECF No. 77), which provides:

> The Defendants must provide written notice of this Order to all personnel within ED [the U.S. Department of Education]. The written notice shall instruct all personnel that they must comply with the provisions of this Order. Defendants must file a status report within three (3) days of this Order evidencing that all personnel within ED have received this notice.

By email sent on May 9, 2025, ED disseminated to all its employees a copy of the Preliminary Injunction Order, provided a summary of the Order's provisions, stated that "ED employees must comply with the provisions of this Order," and provided contact information for any inquiries regarding the Order.

2

We thank the Court for its consideration of this letter.

>Respectfully submitted,
>
>JAY CLAYTON
>United States Attorney for the
>Southern District of New York
>
>By: /s/ *Christopher K. Connolly*
>CHRISTOPHER K. CONNOLLY
>DANA WALSH KUMAR
>Assistant United States Attorneys
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Tel.: (212) 637-2761 / 2741
>christopher.connolly@usdoj.gov
>dana.walsh.kumar@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)