UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAIʻI, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, PEOPLE OF THE STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATEOF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, *and* JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania,<br><br>                                        Plaintiff,<br><br>                -against-<br><br>UNITED STATES DEPARTMENT OF EDUCATION; *and* LINDA MCMAHON, in her official capacity as Secretary of Education,<br><br>                                        Defendant. | **ORDER**<br><br>25 Civ. 2990 (ER) |

Ramos, D.J.:

      A scheduling conference will be held on **May 20, 2025, at 2:00 p.m.**, in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

It is SO ORDERED.

Dated:   May 16, 2025
            New York, New York

                                                                                  Edgardo Ramos, U.S.D.J.