# EXHIBIT A

**From:** ESSERF <ESSERF@ed.gov>
**Sent:** Tuesday, May 20, 2025 5:56 AM
**To:** Yiping Hu <YHu@cde.ca.gov>; ESSERF <ESSERF@ed.gov>
**Subject:** RE: [EXTERNAL] RE: EANS II Draw Grant# S425V210048 for $5,312,537.53(2-2)

Good morning,
Thank you for submitting these invoices to the U.S. Department of Education.  Can you resend the email that has the 1-2 set of invoices for this requested amount? We were unable to locate it in the inbox.
Thank you,
Bekka Meyer
Office of Elementary and Secondary Education

**From:** Yiping Hu <YHu@cde.ca.gov>
**Sent:** Friday, May 16, 2025 5:13 PM
**To:** ESSERF <ESSERF@ed.gov>
**Subject:** FW: [EXTERNAL] RE: EANS II Draw Grant# S425V210048 for $5,312,537.53(2-2)

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi, Here are invoices for $5.3M draw (2-2).

| 2025040920110 | 04/09/2025 | $5,312,537.53 | Fedwire Payment Transmission | Routed for Appro |

Thanks.

Yiping Hu, Accounting Administrator III
Fiscal Accounting
Fiscal and Administrative Services Division
916-327-2697
YHu@cde.ca.gov


**From:** ESSERF <ESSERF@ed.gov>
**Sent:** Friday, May 16, 2025 8:07 AM
**To:** Yiping Hu <YHu@cde.ca.gov>
**Cc:** Monika Saputra <MSaputra@cde.ca.gov>; Demetri Williams <DeWilliams@cde.ca.gov>; Lo Saelee <LoSaelee@cde.ca.gov>; Perlita Pambid <PPambid@cde.ca.gov>; Leisa Maestretti <LMaestretti@cde.ca.gov>; ESSERF <ESSERF@ed.gov>
**Subject:** RE: [EXTERNAL] RE: EANS II Draw Grant# S425V210048 for $3,779,246.53

Good morning,

Thank you for clarifying that this is a liquidation route payment request.  In order to process your payment, the Department is requesting documentation of the specific expenses included (e.g. an invoice from a vendor showing the amount requested) in each request to help us align the payment amount to your approved extension.

Are you able to provide additional documentation to demonstrate the specific expenses included in each request?

Thank you,

**Danielle Smith**
Office of Elementary and Secondary Education
U.S. Department of Education



**From:** Yiping Hu <YHu@cde.ca.gov>
**Sent:** Thursday, May 15, 2025 4:21 PM
**To:** ESSERF <ESSERF@ed.gov>
**Cc:** Monika Saputra <MSaputra@cde.ca.gov>; Demetri Williams <DeWilliams@cde.ca.gov>; Lo Saelee <LoSaelee@cde.ca.gov>; Perlita Pambid <PPambid@cde.ca.gov>; Leisa Maestretti <LMaestretti@cde.ca.gov>
**Subject:** RE: [EXTERNAL] RE: EANS II Draw Grant# S425V210048 for $3,779,246.53

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon:

The $3,779,246.53 is draw down requests to liquidate obligations under CDE's previously-approved liquidation extension. We have total of five draws (highlighted in yellow) including this draw are the same situation and still pending for approval. All of these draws are draw down request to liquidate obligations under CDE's previously-approved liquidation extension. Please let us know when we can expect these get approved.

| Control Number | Deposit Date | Total Payment Amount | Transmission Method | Status |
|---|---|---|---|---|
| 2025051268761 | 05/13/2025 | $1,896,881.90 | Fedwire Payment Transmission | Routed for Approval |
| 2025050864907 | 05/12/2025 | $18,517,309.26 | Fedwire Payment Transmission | Confirmed |
| 2025050761957 | 05/08/2025 | $3,779,246.53 | Fedwire Payment Transmission | Routed for Approval |
| 2025040920110 | 04/09/2025 | $5,312,537.53 | Fedwire Payment Transmission | Routed for Appro |
| 2025040312565 | 04/07/2025 | $32,739,942.81 | Fedwire Payment Transmission | Confirmed |
| 2025032804362 | 04/02/2025 | $6,946,187.80 | Fedwire Payment Transmission | Routed for Appro |
| 2025022905381 | 04/01/2025 | $10,000,000.00 | Fedwire Payment Transmission | Routed for Appro |
| 2025032805189 | 04/01/2025 | $115,922.75 | Fedwire Payment Transmission | Routed for Appro |

Thanks.

Yiping Hu, Accounting Administrator III
Fiscal Accounting
Fiscal and Administrative Services Division
916-327-2697
YHu@cde.ca.gov

**From:** ESSERF <ESSERF@ed.gov>
**Sent:** Thursday, May 15, 2025 11:56 AM
**To:** Perlita Pambid <PPambid@cde.ca.gov>; ESSERF <ESSERF@ed.gov>
**Cc:** Monika Saputra <MSaputra@cde.ca.gov>; Demetri Williams <DeWilliams@cde.ca.gov>; Yiping Hu <YHu@cde.ca.gov>; Lo Saelee <LoSaelee@cde.ca.gov>
**Subject:** [EXTERNAL] RE: EANS II Draw Grant# S425V210048 for $3,779,246.53

> CAUTION! This email originated from outside the California Department of Education. Be careful of links and attachments.

Good afternoon,

Thank you for submitting your request. To clarify, is this a request to draw down funds, or is it a request for a project-specific liquidation extension? I ask because we will process the request differently based on your intention.

Per the letter you received on May 11, 2025, "you may continue to liquidate obligations under your previously-approved liquidation extension to the extent consistent with winding down your ESF obligations until May 25, 2025."

If you would like to extend liquidation for these projects beyond May 25, 2025, we will process these as requests for the project-specific liquidation extensions also described in the letter.

Thank you for clarifying and let us know if you have additional questions.

**Danielle Smith**
Office of Elementary and Secondary Education
U.S. Department of Education


**From:** Perlita Pambid <PPambid@cde.ca.gov>
**Sent:** Wednesday, May 7, 2025 5:55 PM
**To:** ESSERF <ESSERF@ed.gov>
**Cc:** Monika Saputra <MSaputra@cde.ca.gov>; Demetri Williams <DeWilliams@cde.ca.gov>; Yiping Hu <YHu@cde.ca.gov>; Lo Saelee <LoSaelee@cde.ca.gov>
**Subject:** EANS II Draw Grant# S425V210048 for $3,779,246.53

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

We are requesting to draw $3,779,246.53 from grant S425V210048. The draw was routed for approval, control #2025050761957. Attached are project-specific liquidation extension request.

5/7/25, 9:44 AM                                                                 Welcome to G5 - Department of Education

| | | Confirmation | |
|---|---|---|---|

**UEI** HWECY7CDW9Y7   **Institution Name** DEPARTMENT OF EDUCATION CALIFORNIA

Request Successfully Completed

**The payment request below was submitted.**

| Control Number | Award No. | Payment Amount | Deposit Date | Bank Account | |
|---|---|---|---|---|---|
| 2025050761957 | S425V210048 | $3,779,246.53 | 05/08/2025 | ****0005 | R |

Thank you,

*Perlita Pambid, Analyst*
Federal Reporting Unit
California Department of Education
1430 N Street, Suite 2213
Sacramento, CA 95814
(916) 445-1065
ppambid@cde.ca.gov