UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STATE OF NEW YORK, *et al.*,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

      Defendants.

------------------------------------------------------------x

No. 25 Civ. 2990 (ER)

**NOTICE OF APPEAL**

    Defendants appeal to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction entered on June 3, 2025.

Dated:    New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    */s/ Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2741
E-mail: dana.walsh.kumar@usdoj.gov