AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| State of New York et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 Civ. 2990 (ER) (BCM) |
| United States Department of Education et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 06/09/2025

/s/ Charles S. Jacob
*Attorney's signature*

Charles S. Jacob, Assistant U.S. Attorney (CJ1025)
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

charles.jacob@usdoj.gov
*E-mail address*

(212) 637-2725
*Telephone number*

(212) 637-2717
*FAX number*