

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 9, 2025

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *State of New York et al. v. U.S. Department of Education et al.*,
            No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

    I write respectfully pursuant to Local Rule 1.4 for the Court's leave to withdraw as counsel for the Defendants in the above-referenced matter. The reason for this request is that I am leaving the Department of Justice. Defendants will continue to be represented by other counsel from the U.S. Attorney's Office of the Southern District of New York who have appeared in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter. Accordingly, I respectfully request that the Court grant my request to withdraw as counsel of record.

    I thank the Court for considering this matter.

                                         Respectfully submitted,

                                         JAY CLAYTON
                                         United States Attorney

                       By:    */s/ Christopher K. Connolly*
                                CHRISTOPHER K. CONNOLLY
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel: (212) 637-2761
                                Email: christopher.connolly@usdoj.gov

cc:  Plaintiffs' counsel (by ECF)