```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 10 2025
```

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand twenty-five.

Before:  Alison J. Nathan,
     *Circuit Judge.*

_____

State of New York, State of Arizona, State of California, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, People of the State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania,

   *Plaintiffs - Appellees,*

 v.

United States Department of Education, Linda McMahon, in her official capacity as Secretary of Education,

   *Defendants - Appellants.*

_____

**ORDER**

Docket No. 25-1424

On Friday night, June 6, 2025, the Government filed an emergency motion seeking an administrative stay and a stay pending appeal of the district court's June 3, 2025 order. That order preliminarily enjoined the Government from, <u>inter alia</u>, enforcing or implementing the directives in its March 28, 2025 and May 11, 2025 letters and directing related relief. On Sunday night, June 8, 2025, plaintiffs filed a letter opposing an administrative stay and asking leave to file opposition to the motion on June 12, 2025. The Court understands the emergency nature of the relief requested by the Government. Accordingly:

CERTIFIED COPY ISSUED ON 06/10/2025

IT IS HEREBY ORDERED that the motion for a stay pending appeal is REFERRED to the three-judge motions panel sitting on Tuesday, June 17, 2025. An administrative stay of the district court's order is DENIED in light of the expedited schedule set for hearing the merits of the stay motion. Plaintiffs' opposition to the motion is due on June 12, 2025 at 5:00 p.m. Any reply papers by the Government must be filed on June 13, 2025 by 5:00 p.m.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit