

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 10, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *State of New York et al. v. U.S. Department of Education et al.*,
       No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

  This Office represents defendants in the above-referenced matter. We write pursuant to paragraph 5 of the Court's June 3, 2025 Preliminary Injunction Order, ECF No. 106 ("June PI Order"), to notify the Court that by email sent on June 9, 2025, the Department of Education ("ED") disseminated to all its employees a copy of the June PI Order, provided a summary of the Order's provisions, stated that ED employees "must comply with the provisions of this Order," and provided contact information for any inquiries regarding the Order.

  We thank the Court for its consideration of this letter.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney for the
              Southern District of New York

          By: /s/ *Dana Walsh Kumar*
             DANA WALSH KUMAR
             CHARLES S. JACOB
             Assistant United States Attorneys
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Tel.: (212) 637-2725 / 2741
             dana.walsh.kumar@usdoj.gov
             charles.jacob@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)