

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 3, 2025

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *State of New York, et al. v. U.S. Department of Education, et al.*, No. 25 Civ. 2990
            (ER) (BCM)

Dear Judge Ramos:

        This Office represents Defendants Secretary Linda McMahon and the U.S. Department of Education (the "Department") in connection with the above-referenced action. We write respectfully pursuant to this Court's preliminary injunction order dated June 3, 2025, Dkt. No. 106 (the "Order"). Among other things, the Order requires that the Department, within one month from the issuance of the Order, file with "the Court a status report listing for each Plaintiff the payment requests for liquidation of ESF that are then outstanding, including the amount of each request, the date each request was submitted, and the anticipated date by which each request will be processed." *See id.*

        Accordingly, together with this letter, the Department is filing a declaration that has been submitted by Ruth E. Ryder, the Deputy Assistant Secretary for Policy and Programs within the Office of Elementary and Secondary Education at the United States Department of Education (the "Ryder Declaration"). The Ryder Declaration attaches, as Exhibit A, a Department report that lists for each Plaintiff, as of 12:00 P.M. E.T. on June 30, 2025, the payment requests for liquidation of ESF that are outstanding, including the amount of each request, the date each request was submitted, and the anticipated date by which each request will be processed. In addition, the Ryder Declaration attaches, as Exhibit B, a Department report that lists, as of 12:00 P.M. E.T. on June 30, 2025, expenditure requests by States to liquidate grant funds of ESF that have been processed by Department staff subsequent to March 28, 2025.

        We thank the Court for its consideration of this matter.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     /s/ *Charles S. Jacob*
        CHARLES S. JACOB
        DANA WALSH KUMAR
        Assistant United States Attorneys
        Tel.: (212) 637-2741/2725
        Email: dana.walsh.kumar@usdoj.gov
               charles.jacob@usdoj.gov

cc: Plaintiffs' Counsel (by ECF)