| Title | PR/Award Number | Date Received | Amount Requested | Status | Estimated Processing Date | Comments |
|---|---|---|---|---|---|---|
| NM | S425V210017 | 3/10/2025 | $ 1,606,678.13 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| NY | S425U210022 | 3/28/2025 | $ 11,558,503.71 | Under Review | 7/7/2025 | |
| NY | S425U210049 | 3/28/2025 | $ 15,053,484.39 | Under Review | 7/7/2025 | |
| MI | S425U210010 | 3/28/2025 | $ 41,627,231.85 | Review Pending | TBD | Payment cannot be processed as submitted. Waiting on additional information from State that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| OR | S425V210047 | 3/28/2025 | $ 331,388.67 | Review Pending | TBD | Payment cannot be processed as submitted. Waiting on additional information from State that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| PA | S425D210028 | 3/28/2025 | $ 21,953,215.85 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MD | S425D210005 | 3/31/2025 | $ 79,919,203.31 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| DE | S425U210009 | 5/6/2025 | $ 5,672,975.08 | Under Review | 7/7/2025 | |
| MA | S425U210025 | 5/6/2025 | $ 1,960,420.88 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MA | S425U210025 | 5/6/2025 | $ 2,949,011.65 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MA | S425U210025 | 5/6/2025 | $ 3,064,142.00 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MA | S425U210025 | 5/6/2025 | $ 3,601,644.50 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| CA | S425V210048 | 5/7/2025 | $ 3,779,246.53 | Processing | 6/30/2025 | |
| DC | S425U210034 | 5/8/2025 | $ 16,217,404.08 | Processing | 6/27/2025 | |
| PA | S425U210028 | 5/12/2025 | $ 1,780,294.23 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| CA | S425V210048 | 5/13/2025 | $ 1,896,881.90 | Processing | 6/27/2025 | |
| AZ | S425U210038 | 5/16/2025 | $ 3,482,681.07 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| CA | S425V210048 | 5/16/2025 | $ 5,312,537.53 | Processing | 6/27/2025 | |
| AZ | S425U210038 | 5/21/2025 | $ 110,555.18 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| DE | S425U210009 | 5/22/2025 | $ 4,060,727.74 | Under Review | 7/1/2025 | |
| NJ | S425U210027 | 5/22/2025 | $ 79,043,120.91 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| NM | S425R210017 | 5/22/2025 | $ 856,405.18 | Under Review | 7/7/2025 | |
| CA | S425V210048 | 5/23/2025 | $ 22,304.24 | Processing | 6/27/2025 | |
| ME | S421U210004 | 5/23/2025 | $ 373,724.64 | Processing | 6/27/2025 | |
| ME | S425U210004 | 5/23/2025 | $ 6,492,450.00 | Under Review | 7/9/2025 | |
| OR | S425U210049 | 5/23/2025 | $ 899,212.80 | Under Review | 7/9/2025 | |
| PA | S425V210037 | 5/23/2025 | $ 14,610,138.21 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| PA | S425U210028 | 5/23/2025 | $ 94,862,669.90 | Review Pending | TBD | Payment cannot be processed as submitted. Waiting on additional information from State that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MI | S425V210030 | 5/24/2025 | $ 94,078.00 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MI | S425U210010 | 5/24/2025 | $ 1,914,299.27 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MI | S425U210010 | 5/24/2025 | $ 3,104,052.66 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| ME | S425U210004 | 5/27/2025 | $ 72,787.58 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| NV | S425U210018 | 5/27/2025 | $ 83,362.22 | Review Pending | TBD | Payment cannot be processed as submitted. Waiting on additional information from State that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| AZ | S425U210038 | 5/28/2025 | $ 27,638.74 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| AZ | S425U210038 | 5/28/2025 | $ 31,952.87 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| AZ | S425U210038 | 5/29/2025 | $ 8,000.00 | Processing | 6/27/2025 | |
| MD | S425V210006 | 6/1/2025 | $ 1,135.13 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MD | S425R210006 | 6/1/2025 | $ 778,325.18 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MD | S425U210005 | 6/1/2025 | $ 5,217,194.04 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MD | S425U210005 | 6/1/2025 | $ 45,497,822.28 | Under Review | 7/11/2025 | |
| MD | S425U210005 | 6/1/2025 | $ 57,411,926.18 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| AZ | S425U210038 | 6/3/2025 | $ 2,895.50 | Processing | 6/27/2025 | |
| ME | S425U210004 | 6/3/2025 | $ 246,886.08 | Processing | 7/1/2025 | |
| ME | S425U210004 | 6/3/2025 | $ 1,895,963.77 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| NJ | S425U210027 | 6/3/2025 | $ 50,363.91 | Under Review | 6/30/2025 | |
| AZ | S425U210038 | 6/5/2025 | $ 3,584.00 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MA | S425U210025 | 6/6/2025 | $ 16,560.61 | Processing | 6/27/2025 | |
| MA | S425U210025 | 6/6/2025 | $ 17,739.17 | Processing | 6/27/2025 | |
| DC | S425U210034 | 6/13/2025 | $ 1,026,701.30 | Processing | 6/27/2025 | |
| MA | S425U210025 | 6/16/2025 | $ 13,058.50 | Under Review | 6/30/2025 | |
| OR | S425U210049 | 6/16/2025 | $ 33,318.84 | Under Review | 7/11/2025 | |
| DE | S425U210009 | 6/23/2025 | $ 43,066.51 | Under Review | 7/11/2025 | |
| DE | S425W210008 | 5/6/2025 | $ 10,902.51 | Paid | 5/13/2025 | |
| DE | S425W210008 | 5/12/2025 | $ 83.62 | Paid | 5/13/2025 | |
| DE | S425W210008 | 5/6/2025 | $ 32.99 | Paid | 5/13/2025 | |
| DE | S425W210008 | 5/22/2025 | $ 1,498.25 | Paid | 5/22/2025 | |
| DE | S425W210008 | 5/23/2025 | $ 506.62 | Paid | 5/23/2025 | |
| HI | S425W210012 | 5/19/2025 | $ 58,048.75 | Paid | 5/20/2025 | |
| HI | S425W210012 | 6/3/2025 | $ 80,364.43 | Paid | 6/4/2025 | |
| IL | S425W210014 | 5/23/2025 | $ 253,559.06 | Paid | 5/14/2025 | |
| IL | S425W210014 | 5/23/2025 | $ 87,006.50 | Paid | 6/13/2025 | |
| MD | S425W210021 | 6/9/2025 | $ 568,597.13 | Review Pending | TBD | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |
| MI | S425W210023 | 5/23/2025 | $ 181,442.39 | Paid | 5/27/2025 | |
| NM | S425W210032 | 5/22/2025 | $ 195,655.92 | Paid | 5/27/2025 | |
| PA | S425W210039 | 5/14/2025 | $ 1,041,762.56 | Paid | 5/27/2025 | |
| PA | S425W210039 | 5/23/2025 | $ 3,839,669.82 | Paid | 5/27/2025 | |
| PA | S425W210039 | 6/26/2025 | $ 223,232.47 | Under Review | 7/3/2025 | Waiting for additional information from State, such as documentation, that is unrelated to the decisions set forth in the March 28 and May 11 letters. |