| State | Grand Total | In Progress/Outstanding | Processed |
|---|---|---|---|
| AZ | $ 7,200,514.14 | $ 3,663,723.36 | $ 3,536,790.78 |
| CA | $ 11,572,971.70 | $ 11,010,970.20 | $ 562,001.50 |
| DC | $ 21,252,779.65 | $ 17,244,105.38 | $ 4,008,674.27 |
| DE | $ 11,897,563.95 | $ 9,776,769.33 | $ 2,120,794.62 |
| IL | $ 48,187,982.75 | $ - | $ 48,187,982.75 |
| MA | $ 54,930,594.51 | $ 11,606,016.70 | $ 43,209,289.18 |
| MD | $ 234,913,711.39 | $ 188,825,606.12 | $ - |
| ME | $ 10,502,626.65 | $ 9,081,812.07 | $ 1,420,814.58 |
| MI | $ 20,182,802.00 | $ 5,112,429.93 | $ 15,070,372.07 |
| MN | $ 224,251.80 | $ - | $ 224,251.80 |
| NJ | $ 79,093,484.82 | $ 79,093,484.82 | $ - |
| NM | $ 5,832,891.77 | $ 856,405.18 | $ 4,202,052.38 |
| NV | $ 83,362.22 | $ 83,362.22 | $ - |
| NY | | | |
| OR | $ 1,094,267.03 | $ 932,531.64 | $ 161,735.39 |
| PA | $ 111,253,102.34 | $ 111,253,102.34 | $ - |
| Grand Total | $ 618,222,906.72 | $ 448,540,319.29 | $ 122,704,759.32 |