

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

August 5, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *State of New York et al. v. U.S. Department of Education et al.*,
              No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

      This Office represents defendants in the above-referenced matter. We write respectfully to request a six-week extension of time, from August 6, 2025, to September 17, 2025, to respond to the Complaint. The reason for this request is that the parties intend to engage in discussions regarding possible resolution of the lawsuit without the need for further court intervention.

      This is the Government's fourth request for an extension of time regarding its response to the Complaint. The Court granted the Government's previous requests for extensions. Plaintiffs consent to this request for the purpose of exploring an amicable resolution of the case.

      We thank the Court for its consideration of this request.

2

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:  /s/ *Dana Walsh Kumar*
        CHARLES S. JACOB
        DANA WALSH KUMAR
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2725 / 2741
        dana.walsh.kumar@usdoj.gov
        charles.jacob@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)