

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 16, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *State of New York et al. v. U.S. Department of Education et al.*,
              No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

      This Office represents defendants in the above-referenced matter. We write respectfully to request a one-week extension of time, from September 17, 2025, to September 24, 2025, to respond to the Complaint. The reason for this request is that the parties are currently engaging in discussions regarding possible resolution of the lawsuit without the need for further court intervention.

      This is the Government's fifth request for an extension of time regarding its response to the Complaint. The Court granted the Government's previous requests for extensions. Plaintiffs consent to this request.

      We thank the Court for its consideration of this request.

2

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney for the
                    Southern District of New York

By:  /s/ *Dana Walsh Kumar*
      CHARLES S. JACOB
      DANA WALSH KUMAR
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.: (212) 637-2725 / 2741
      dana.walsh.kumar@usdoj.gov
      charles.jacob@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)