

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 22, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

              Re:     *State of New York et al. v. U.S. Department of Education et al.,*
                      No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

       This Office represents defendants in the above-referenced matter. We write respectfully to request a one-week extension of time, from September 24, 2025, to October 1, 2025, to respond to the Complaint. The reason for this request is that the parties have made substantial progress in reaching a consensual resolution but require an additional week to finalize an agreement.

       This is the Government's sixth request for an extension of time regarding its response to the Complaint. The Court granted the Government's previous requests for extensions. Plaintiffs consent to this request.

       We thank the Court for its consideration of this request.

# MEMO ENDORSED

The request is granted. The deadline to
respond to the Complaint is October 1, 2025.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: <u>September 22, 2025</u>
New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  /s/ *Dana Walsh Kumar*
    CHARLES S. JACOB
    DANA WALSH KUMAR
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2725 / 2741
    dana.walsh.kumar@usdoj.gov
    charles.jacob@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)