

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 30, 2025

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *State of New York et al. v. U.S. Department of Education et al.*,
               No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

      This Office represents defendants in the above-referenced matter. We write respectfully to request a one-week extension of time, from October 1, 2025, to October 8, 2025, to respond to the Complaint. The reason for this request is that the parties have made additional progress in reaching a consensual resolution but require additional time to finalize an agreement, including by obtaining any necessary final approvals.

      This is the Government's seventh request for an extension of time regarding its response to the Complaint. The Court granted the Government's previous requests for extensions. Plaintiffs consent to this request.

      We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Charles S. Jacob*
CHARLES S. JACOB
DANA WALSH KUMAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2725 / 2741
dana.walsh.kumar@usdoj.gov
charles.jacob@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)

2