

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 30, 2025

**BY ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *State of New York et al. v. U.S. Department of Education et al.*,
                No. 25 Civ. 2990 (ER)

Dear Judge Ramos:

    This Office represents defendants in the above-referenced matter. We write respectfully to request a one-week extension of time, from October 1, 2025, to October 8, 2025, to respond to the Complaint. The reason for this request is that the parties have made additional progress in reaching a consensual resolution but require additional time to finalize an agreement, including by obtaining any necessary final approvals.

    This is the Government's seventh request for an extension of time regarding its response to the Complaint. The Court granted the Government's previous requests for extensions. Plaintiffs consent to this request.

    We thank the Court for its consideration of this request.

**MEMO ENDORSED**
The request is granted. The deadline to respond to the Complaint is October 8, 2025.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 1, 2025
New York, New York

2

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:  /s/ *Charles S. Jacob*
    CHARLES S. JACOB
    DANA WALSH KUMAR
    Assistant United States Attorneys
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2725 / 2741
    dana.walsh.kumar@usdoj.gov
    charles.jacob@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)