AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| STATE OF NEW YORK, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02990 (ER) |
| UNITED STATES DEPT. OF EDUCATION, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, State of New Mexico.

Date: 10/28/2025

/s/ Mark Noferi
*Attorney's signature*

Mark Noferi, SDNY Bar No. MN 4752
*Printed name and bar number*

408 Galisteo Street
Santa Fe, New Mexico  87501

*Address*

mnoferi@nmdoj.gov
*E-mail address*

(505) 640-2891
*Telephone number*

*FAX number*